NESHAMINY CONSTRUCTORS, INC., DAVID A. ROBINSON AND ANTHONY CARUSO v. DAVID KRAUSE, WILFRED SMITH AND ARTHUR FORBES AND THE STATE OF NEW JERSEY.

August 17, 1984.

Motion for leave to dismiss the appeal of Intervenor is granted.

STATE OF NEW JERSEY v. DALE BOONE.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE ISAAC.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MACIT KAHRAMAN.

September 5, 1984.

Petition for certification denied.